USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 10, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TAMI BRUIN ET AL,

       **Plaintiffs,**

  -against-

BANK OF AMERICA, N.A.,

       **Respondent.**
-------------------------------------------------------------- x

**21-cv-2272 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court cancels the May 18, 2021 conference and shall hold a telephone conference on May 27, 2021 at 9:30 a.m. Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated**: May 10, 2021
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**

1