USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 13, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
TAMI BRUIN ET AL,

       Plaintiffs,

  -against-

BANK OF AMERICA, N.A.,

       Respondent.
------------------------------------------------------------ x

21-cv-2272 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  Defendant requests a pre-motion conference in anticipation of a motion to dismiss Plaintiffs' complaint. ECF No. 19. Plaintiffs shall respond to Defendant's letter by May 17, 2021.

**SO ORDERED.**

**Dated**: May 13, 2021
    New York, New York

               **ANDREW L. CARTER, JR.**
               **United States District Judge**