UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELINE BAROKAS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>BANK OF AMERICA, N.A.<br><br>      Defendant. | 21-CV-2272 (ALC)(OTW)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Notice of Settlement at ECF No. 55.  All deadlines in this case are hereby adjourned *sine die* and this action is stayed.  The parties shall file a joint status report regarding the progress of settlement approval in the related action, *Bruin v. Bank of America, N.A.*, Case No., 3:22-cv-140-MOC-DSC (W.D.N.C.), every **thirty days**.

  So Ordered.

Dated:  July 11, 2023
   New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**